# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MYRON HUNN, | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-02429-RCJ-PAL |
| vs. | ) | **ORDER** |
| COUNTRYWIDE BANK, FSB, et al., | ) | (Mtn to Withdraw - Dkt. #18) |
| Defendants. | ) | |

This matter is before the court on a Motion to Withdraw as Counsel of Record (Dkt. #18). The Law Offices of P. Sterling Kerr seek to withdraw as counsel of record for Plaintiff Myron Hunn ("Plaintiff"). The Motion represents that Plaintiff is unwilling or unable to pay existing and future legal fees, and any further representation would be an unreasonable financial burden to counsel. Further, the Motion states that Plaintiff has failed to communicate with counsel in a "proper and civil manner," which has resulted in a total breakdown of a cooperative relationship between Plaintiff and his counsel. Lastly, Plaintiff was warned that counsel would withdraw if Plaintiff's financial obligations were not satisfied.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion to Withdraw as Counsel for Plaintiff (Dkt. #18) is GRANTED.
2. Plaintiff shall have until **August 27, 2010** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.
3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the

imposition of sanctions, which may include a recommendation to the District Judge that Plaintiff's complaint be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve Plaintiff with a copy of this order at his last known address:

Myron Hunn
820 Clemmer Dr.
Compton, CA 90221

Dated this 27th day of July, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE