UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MYRON HUNN, et al., ) | |
| ) | Case No.: 2:09-cv-02429-GMN-PAL |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| ) | |
| COUNTRYWIDE BANK FSB, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 25) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered October 27, 2010. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendation should be AFFIRMED.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED**.

DATED this 22nd day of December, 2010.

_____
Gloria M. Navarro
United States District Judge